0 7 -  4 2 2

AO 241
(Rev. 12/04)

Page 2

### PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
### HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: | DELAWARE | |
|---|---|---|---|
| Name (under which you were convicted):<br>Ernest Alexander Crump Jr | | | Docket or Case No.: |
| Place of Confinement : Delaware Correctional Center<br>1181 Paddock Road, Smyrna, DE 19977 | | Prisoner No.: 149221 | |
| Petitioner (include the name under which you were convicted)<br><br>Ernest Alexander Crump Jr | v. | Respondent (authorized person having custody of petitioner)<br><br>Thomas Carroll | |
| The Attorney General of the State of DELAWARE | | | |

### PETITION

0 7 -  4 2 2

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:

Superior Court, Kent County
Dover, Delaware 19901

FILED

JUL - 2 2007

RGscan

(b) Criminal docket or case number (if you know):

2.  (a) Date of the judgment of conviction (if you know): 06/22/1981

(b) Date of sentencing: 08/21/1981

3.  Length of sentence: Life plus 5 years

4.  In this case, were you convicted on more than one count or of more than one crime?    ☒ Yes    ☐ No

5.  Identify all crimes of which you were convicted and sentenced in this case:
First degree kidnapping - Life sentence
Second degree burglary - 3 years
Theft, Felony - 2 years

6.  (a) What was your plea? (Check one)

☐ (1) Not guilty          ☐ (3) Nolo contendere (no contest)

☒ (2) Guilty          ☐ (4) Insanity plea

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did

you plead guilty to and what did you plead not guilty to?

```
First degree reckless endangering
First degree conspiracy
```

(c) If you went to trial, what kind of trial did you have? (Check one)

◻ Jury    ◻ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

◻ Yes    ☒ No

8. Did you appeal from the judgment of conviction?

◻ Yes    ☒ No

9. If you did appeal, answer the following:

(a) Name of court:

(b) Docket or case number (if you know):

(c) Result:

(d) Date of result (if you know):

(e) Citation to the case (if you know):

(f) Grounds raised:

(g) Did you seek further review by a higher state court?    ◻ Yes    ☒ No

If yes, answer the following:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Result:

(4) Date of result (if you know):

AO 241
(Rev. 12/04)

Page 4

(5) Citation to the case (if you know):

(6) Grounds raised:

(h) Did you file a petition for certiorari in the United States Supreme Court?      ☐ Yes    ☒ No

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result:

(3) Date of result (if you know):

(4) Citation to the case (if you know):

10.   Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions

concerning this judgment of conviction in any state court?        ☒ Yes        ☐ No

11.   If your answer to Question 10 was "Yes," give the following information:

(a)      (1) Name of court: Superior Court, Kent County, Dover, Delaware

(2) Docket or case number (if you know): Cr.A. Nos;IK8-07-0060,0070,0071& 0002

(3) Date of filing (if you know):   04/03/1996

(4) Nature of the proceeding: Request for post conviction relief pursuant
to Superior Court Criminal Rule 61
(5) Grounds raised:
1. Suppression of favorable evidence
2.Denial of a continuanc e
3.Coerced guilty plea
4.Prosecutorial Misconduct, 2 seperate grounds
5. Vindictive prosecution

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☒ No

(7) Result:   Post conviction denied

(8) Date of result (if you know):  09/02/1997

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: Superior Court, Kent County, Dover, Delaware

(2) Docket or case number (if you know): IK80-07-0068,0070,0071 & 0002

(3) Date of filing (if you know): 12/29/2005

(4) Nature of the proceeding: Request for post conviction relief pursuant to Superior Court Criminal Rule 61

(5) Grounds raised:

1. Violation of 6th amendment of U.S. Constitution
2. Abuse of discretion,3 seperate grounds
3. Prosecutorial Misconduct
4. Ineffrective Assistance of Counsel

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐   Yes    ☒  No

(7) Result: Request for post conviction denied

(8) Date of result (if you know): 01/31/06

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

&AO 241
(Rev. 12/04)

Page 6

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐  Yes    ☐  No

(7) Result:

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application,

or motion?

(1) First petition:    ☐  Yes    ☒  No

(2) Second petition:  ☒  Yes    ☐  No

(3) Third petition:    ☐  Yes    ☐  No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution,
laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts
supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court
remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the
grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:** Violation of the sixth Amendment of the United States
Constitution

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Sentencing procedure deprived me of my Constitutional rights to
have a jury determine beyond a reasonable doubt all facts legally
essential to my sentence.

(b) If you did not exhaust your state remedies on Ground One, explain why:

(c)    **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?          ☐ Yes    ☒ No

(2) If you did not raise this issue in your direct appeal, explain why:

    used post conviction proceedings


(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        ☒ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:  Post Conviction pursuant to Superior Court
Criminal Rule 61
Name and location of the court where the motion or petition was filed:

 Superior Court, Kent County, Kent county Courthouse, 38 The Green
 Dover, Delaware   19901
Docket or case number (if you know):

Date of the court's decision:  01/31/2006

Result (attach a copy of the court's opinion or order, if available):
Post Conviction Request Denied


(3) Did you receive a hearing on your motion or petition?                     ☐ Yes    ☒ No

(4) Did you appeal from the denial of your motion or petition?                ☒ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☒ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:
Delaware Supreme Court, 57 The Green, Dover, Delaware 19901-3611

Docket or case number (if you know):  No. 72, 2006

Date of the court's decision:  07/03/2006

Result (attach a copy of the court's opinion or order, if available):


(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

Page 8

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One:


## GROUND TWO:  Ineffective Assistance of Counsel


(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Defense Counsel allowed the prosecutor to threaten me with false
information, not disputing it eventhough it contained information
of an ilegally imposed sentence of life if I did'nt plea to life
in exchange of avoiding an additional life sentence as an habitual
offender


(b) If you did not exhaust your state remedies on Ground Two, explain why:


(c)     **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?          ☐  Yes    ☒  No

(2) If you did not raise this issue in your direct appeal, explain why:  used post conviction proceedings


(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒  Yes     ☐  No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:  Post Conviction Pursuant to Superior Court Criminal
Rule 61
Name and location of the court where the motion or petition was filed:
Superior Court, Kent County, 38 The Green, Kent County Courthouse
Dover, Delaware 19901

Docket or case number (if you know):

Date of the court's decision:  01/31/2006

✎AO 241
(Rev. 12/04)

Result (attach a copy of the court's opinion or order, if available):
post conviction request denied

(3) Did you receive a hearing on your motion or petition?      ☐ Yes   ☒ No

(4) Did you appeal from the denial of your motion or petition?      ☒ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☒ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:
Delaware Supreme Court, 57 The Green, Dover, Delaware 19901-3611

Docket or case number (if you know): No.72, 2006

Date of the court's decision: 07/03/2006

Result (attach a copy of the court's opinion or order, if available):
Appeal Denied

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)      **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you :

have used to exhaust your state remedies on Ground Two

**GROUND THREE:** Abuse of Discretion

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
I did'nt have a hearing on my motion to withdraw my guilty plea, when
it is clear that  critical information would have been discovered and
established at said hearing that would have made me withdraw my motion
to withdraw my guilyu plea.

(b) If you did not exhaust your state remedies on Ground Three, explain why?

(c)    **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?        ☐ Yes   ☒ No

(2) If you did not raise this issue in your direct appeal, explain why:  Used post conviction proceedings

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Post Conviction Pursuant To Superior Court Criminal
Rule 61
Name and location of the court where the motion or petition was filed:
Superior Court, Kent County, 38 The green, Kent County Courthouse,
Dover, Delaware 19901

Docket or case number (if you know):

Date of the court's decision: 01/31/06

Result (attach a copy of the court's opinion or order, if available):
Post Conviction Denied

(3) Did you receive a hearing on your motion or petition?        ☐ Yes   ☒ No

(4) Did you appeal from the denial of your motion or petition?        ☒ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☒ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:
DelaWARE SUPREME COURT, 57 THE GREEN, DOVER, DELAWARE 19901-3611

Docket or case number (if you know):  NO.72, 2006

Date of the court's decision:   07/03/2006

Result (attach a copy of the court's opinion or order, if available):
Appeal Denied

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three:

**GROUND FOUR:**   Abuse of Discretion

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Superior Court President Judge and Commissioner refused to have my
prior attorney to respond as ordered by the court in reference to my
claim of ineffective assistance of counsel.

(b) If you did not exhaust your state remedies on Ground Four, explain why:

(c)     **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?      ☐ Yes   ✖ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

✖ Yes   ▬▬▬

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Post Conviction Pursuant to Superior Court Criminal
Rule 61

AO 241
(Rev. 12/04)

Page 12

Name and location of the court where the motion or petition was filed:
Superior Court, Kent County, 38 The Green, Kent County Courthouse, Dover, Delaware  19901

Docket or case number (if you know):

Date of the court's decision:  01/31/06

Result (attach a copy of the court's opinion or order, if available):
Post Conviction denied

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☒ No

(4) Did you appeal from the denial of your motion or petition?    ☒ Yes    ☒

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☒ Yes    ☒

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:
Delaware Supreme Court, 57 The Green, Dover, Delaware 19901-3611

Docket or case number (if you know): No. 72.2006

Date of the court's decision:  07/03/2006

Result (attach a copy of the court's opinion or order, if available):
Appeal denied

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Four:

GROUNDS CONYINUED

GROUND FIVE: Abuse of Discretion

(a) Supporting Facts: Superior Court President Judge and Commissioner abused it's

discretion by refusing to have a evidentiary hearing on my second request for post

conviction relief.

(b) If you did not exhaust your state remedies on ground five, explain why.

(c) Direct Appeal of ground five:

   (1) If you appealed from the judgment of conviction, did you raise this issue?

   (2) If you did not raise this issue in your direct appeal, explain why:

(d) Post Conviction Proceedings:

   (1) Did you raise this issue through a post conviction motion or petition for habeas

corpus in a state trial court? Yes

   (2) If your answer to Question (d)(1) is yes, state: Type of motion; Post Conviction

Pursuant to Superior Court Criminal Rule 61.

Name and location of the court where motion or petition was filed; Superior Court, Kent

County, 38 The Green, Kent County Courthouse, Dover, Delaware 19901

Docket or case number; IK80-07-0068, 0070, 0071 & 0002

Date of court's decision; 01/31/06

Result; Post Conviction Denied

   (3) Did you receive a hearing on your motion or petition? NO

   (4) Did you appeal from the denial of your motion or petition; YES

   (5) If your answer to Question (d)(4) is yes, did you raise this issue in your appeal;

YES

(6) If your answer to Question (d)(4) is yes, state;

Name and location of the court where the appeal was filed; Delaware Supreme Court, 57

The Green, Dover, Delaware 19901-3611

Docket or case number; No. 72, 2006

Date of court's decision; 07/03/06

Result; Appeal Denied

(7) If your answer to Question (d)(4) or Question (d)(5) is no, explain why you did not

raise this issue;

(e) Other remedies: Describe any other procedures ( such as habeas corpus,

administrative remedies, etc. ) that you have used to exhaust you're your state remedies

on ground five.


GROUND SIX: Abuse of Discretion


(a) Supporting Facts: Superior Court President Judge and Commissioner abused it's

discretion when it denied my request for transcripts.

(b) If you did not exhaust your state remedies on ground six, explain why.

(c) Direct Appeal of ground six

(1) If you did not raise this issue in your direct appeal, explain why;

(2) If you did not raise this issue in your direct appeal, explain why;

(d) Post Conviction Proceedings:

(1) Did you raise this issue through a post conviction motion or petition for a habeas

corpus in a state trial court; YES

(2) If your answer to Question (d)(1) is yes, state:

Type of motion; Post Conviction Pursuant to Superior Court Criminal Rule 61

Name and location of the court where the motion or petition was filed; Superior Court,

Kent County, 38 The Green, Kent County Courthouse, Dover, Delaware 19901

Docket or case number; IK80-07-0068, 0070, 0071 & 0002

Date of court's decision; 01/31/06

Results; post conviction denied

    (3) Did you receive a hearing on your motion or petition? NO

    (4) Did you appeal from the denial of your motion or petition? YES

    (5) If your answer to Question (d)(4) is yes, did you raise this issue in the appeal?

    YES

    (6) If your answer to Question (d)(4) is yes, state:

Name and location of the court where the appeal was filed; Delaware Supreme Court, 57

The Green, Dover, Delaware 19901-3611

Docket or case number; No. 72, 2006

Date of court's decision; 07/03/06

Results; appeal denied

    (7) If your answer to Question (d)(4) or Question (d)(5) is no, explain why you did
    not raise this issue;

(e) Other Remedies; Describe any other procedures ( such as habeas corpus,

administrative remedies, etc. ) that you have used to exhaust your state remedies on

ground six.

GROUND SEVEN: Abuse of Discretion

(a) Supporting Facts: Superior Court President Judge and Commissioner abused it's

discretion when it denied my request for appointment of counsel.

(b) If you did not exhaust your state remedies on ground seven, explain why

(c) Direct Appeal on ground seven:

   (1) If you appealed from judgment of conviction, did you raise this issue?

   (2) If you did not raise this issue in your direct appeal, explain why;

(d) Post Conviction Proceedings:

   (1) Did you raise this issue through a post conviction motion or petition for habeas

corpus in a state trial court? YES

   (2) If your answer to Question (d)(1) is yes, state:

Type of motion; Post Conviction Pursuant to Superior Court Criminal Rule 61

Name and location of the court where the motion or petition was filed; Superior Court,

Kent County, 38 The Green, Kent County Courthouse, Dover, Delaware 19901

Docket or case number; IK80-07-0068, 0070, 0071 & 0002

Date of court's decision; 01/31/06

Results; post conviction denied

   (3) Did you receive a hearing on your motion or petition? NO

   (4) Did you appeal from the denial of your motion or petition; YES

   (5) If your answer to Question (d)(4) is yes, did you raise this issue in the appeal?

YES

   (6) If your answer to Question (d)(4) is yes, state;

Name and location of the court where the appeal was filed; Delaware Supreme Court, 57

The Green, Dover, Delaware 19901-3611

Docket or case number; No. 72, 2006

Date of court's decision; 07/03/06

Results; appeal denied

7) If your answer to Question (d)(4) or Question (d)(5) is no, explain why you did not

raise this issue.

(e) Other Remedies: Describe any other procedures ( such as habeas corpus,

administrative remedies, etc. ) that you have used to exhaust your state remedies on

ground seven.


GROUND EIGHT; Abuse of Discretion

    (a) Supporting Facts; Delaware Supreme Court erred in denying my request for post

        conviction and my appeal filed to them without even addressing my ineffective

        assistance of counsel claim.

    (b) If you did not exhaust your state remedies on ground eight, explain why.

    (c) Direct Appeal on ground eight;

        (1) If you appealed from judgment of conviction, did you raise this issue?

        (2) If you did not raise this issue in your direct appeal, explain why;

    (d) Post Conviction Proceedings;

        (1) Did you raise this issue through a post conviction motion or petition for

            habeas corpus in a state trial court? YES

        (2) If your answer to Question (d)(1) is yes, state;

Type of motion; Post Conviction Pursuant to Superior Court Criminal Rule 61

Name and location of the court where the motion or petition was filed; Superior Court,

Kent County, 38 The Green, Kent County Courthouse, Dover, Delaware 19901

Docket or case number; IK80-07-0068, 0070, 0071 & 0002

Date of court's decision; 01/31/06

Results; post conviction denied

> (3) Did you receive a hearing on your motion or petition? NO
>
> (4) Did you appeal from the denial of your motion or petition? YES
>
> (5) If your answer to Question (d)(4) is yes, did you raise this issue in the appeal? YES
>
> (6) If your answer to Question (d)(4) is yes, state;

Name and location of the court where the appeal was filed; Delaware Supreme Court, 57

The Green, Dover, Delaware 19901-3611

Docket or case number; No. 72, 2006

Date of court's decision; 07/03/06

Results; appeal denied

> (7) If your answer to Question (d)(4) or Question (d)(5) is no, explain why you did not raise this issue.

(e) Other Remedies; Describe any other procedures ( such as habeas corpus,

administrative remedies, etc. ) that you have used to exhaust your state remedies on

ground eight.

13.    Please answer these additional questions about the petition you are filing:

(a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court
having jurisdiction?    ☒ Yes    ☐ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not
presenting them:

(b)    Is there any ground in this petition that has not been presented in some state or federal court? If so,
ground or grounds have not been presented, and state your reasons for not presenting them:

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction
that you challenge in this petition?    ☐ Yes    ☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues
raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy
of any court opinion or order, if available.

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for
the judgment you are challenging?    ☐ Yes    ☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the
raised.

AO 241
(Rev. 12/04)

16.    Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Public Defender

(b) At arraignment and plea: Public Defender And Joseph Leszcz

(c) At trial:

(d) At sentencing: Joseph Leszcz

(e) On appeal: Pro 'se

(f) In any post-conviction proceeding: Pro'se

(g) On appeal from any ruling against you in a post-conviction proceeding: Pro'se

17.    Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?      ☐ Yes    ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?      ☐ Yes    ☐ No

18.    TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

AO 241
(Rev. 12/04)

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C.   § 2244(d) provides in

part that:

   (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

        (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

        (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241
(Rev. 12/04)

Page 16

    (2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: $S_{EE}$ $_{A}tt_{A}ch_{E}d$ $M_{EMORAN}d_{V}m$
$_{OF}$ $|_{A}w)$

or any other relief to which petitioner may be entitled.

_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on **06/30/07** ▓▓▓▓▓▓▓ (month, date, year).

Executed (signed) on **06/30/07** ▓▓▓▓▓ (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

IN FORMA PAUPERIS DECLARATION
In The United States District Court
For The District of Delaware

[insert appropriate court]

\* \* \* \* \*

## Certificate of Service

I, _Ernest A. Crump Jr_____ ,hereby certify that I have served a true
And correct cop(ies) of the attached: _Petition Under 28 U.S.C. 3_
_2254 for Writ of Habeas Corpus_____ upon the following
parties/person (s):

TO: _Department of Justice_   TO: _____
_Attorney Generals Office_  _____
_102 West Water Street_   _____
_Dover, DE  19904_    _____

            _____

TO:_____  TO: _____

_____   _____

_____   _____

_____   _____

**BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United
States Mail at the Delaware Correctional Center, Smyrna, DE 19977.**

On this ___30th___ day of ___June_____ ,200_7_

Mr. Ernest A. Crump Jr

SBI 149221 Unit D/W

DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

"Legal Mail"

U.S. District Court
J Caleb Boggs Building
844 King Street, Lock Box 18
Wilmington DE
19801

U.S.M.S
X-RAY



$ 04.60°
MAILED FROM ZIP CODE 19977
JUL 22 2007
0004-469975
02 1A

0 7 - 4 2 2

# *DELAWARE CORRECTIONAL CENTER*
# *SUPPORT SERVICES OFFICE*
# *MEMORANDUM*

*TO:* Ernest Cump Jr. *SBI#:* 149221

*FROM:* *Stacy Shane, Support Services Secretary*

0 7 - 4 2 2

*RE:* **6 Months Account Statement**

FILED

JUL - 2 2007
RGscom

*DATE:* May 30, 2007

*Attached are copies of your inmate account statement for the months of* November 2006 *to* April 30, 2007.

*The following indicates the average daily balances.*

| **MONTH** | **AVERAGE DAILY BALANCE** |
|---|---|
| Nov | 46.22 |
| Dec | 22.73 |
| Jan | 8.54 |
| Feb | .46 |
| March | 6.77 |
| April | .80 |

*Average daily balances/6 months:* 14.26

*Attachments*
*CC: File*

Stacy Shane
5/30/07

Care of source
5/30/07

# Individual Statement
## From January 2007 to April 2007

Date Printed: 5/30/2007

Page 1 of 1

| | | | |
|---|---|---|---|
| **SBI** 00149221 | **Last Name** Crump | **First Name** Ernest | **MI** A | **Suffix** |
| **Current Location:** D/W | **Comments:** | | Beginning Month Balance: **$12.58** |
| | | | Ending Month Balance: **$0.14** |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO#/Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 1/3/2007 | ($4.77) | $0.00 | $0.00 | $7.81 | 367936 | | | |
| Canteen | 1/10/2007 | ($6.66) | $0.00 | $0.00 | $1.15 | 370669 | | | |
| Canteen | 1/17/2007 | ($1.12) | $0.00 | $0.00 | $0.03 | 373717 | | | |
| Mail | 1/24/2007 | $25.00 | $0.00 | $0.00 | $25.03 | 376577 | 118959 | | FEDERAL CREDIT UNI |
| Canteen | 1/31/2007 | ($22.96) | $0.00 | $0.00 | $2.07 | 380352 | | | |
| Canteen | 2/7/2007 | ($2.03) | $0.00 | $0.00 | $0.04 | 383447 | | | |
| Supplies-MailPosta | 2/9/2007 | $0.00 | $0.00 | ($1.83) | $0.04 | 384776 | | 1/17/07 | |
| Supplies-MailPosta | 2/9/2007 | $0.00 | $0.00 | ($1.83) | $0.04 | 384777 | | 1/17/07 | |
| Supplies-MailPosta | 2/16/2007 | ($0.04) | $0.00 | ($1.79) | $0.00 | 389032 | | 1/17/07 | |
| Misc Wage 1099 | 3/5/2007 | $5.00 | $0.00 | $0.00 | $5.00 | 396186 | | BASKETBALL 2/23/07 | |
| Mail | 3/8/2007 | $20.00 | $0.00 | $0.00 | $25.00 | 398399 | 119917 | | DEXSTA |
| Canteen | 3/14/2007 | ($20.25) | $0.00 | $0.00 | $4.75 | 400122 | | | |
| Supplies-MailPosta | 3/22/2007 | ($1.79) | $0.00 | $0.00 | $2.96 | 404491 | | 1/17/07 | |
| Supplies-MailPosta | 3/22/2007 | ($1.83) | $0.00 | $0.00 | $1.13 | 404492 | | 1/17/07 | |
| Canteen | 3/28/2007 | ($1.10) | $0.00 | $0.00 | $0.03 | 406649 | | | |
| Misc Wage 1099 | 4/2/2007 | $10.00 | $0.00 | $0.00 | $10.03 | 408270 | | BASKETBALL 2/24-3/ | |
| Canteen | 4/4/2007 | ($9.89) | $0.00 | $0.00 | $0.14 | 409948 | | | |

Ending Month Balance: **$0.14**

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: $0.00

**Individual Statement**

**From November 2006 to December 2006**

Page 1 of 1

Date Printed: 5/30/2007

| SBI | Last Name | First Name | MI | Suffix | | | |
|---|---|---|---|---|---|---|---|
| 00149221 | Crump | Ernest | A | | Beginning Month Balance: | | $107.79 |
| Current Location: | D/W | | Comments: | | Ending Month Balance: | | $12.58 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 11/1/2006 | $2.94 | $0.00 | $0.00 | $110.73 | 339936 | | REFUND | |
| Canteen | 11/1/2006 | ($12.62) | $0.00 | $0.00 | $98.11 | 341021 | | | |
| Canteen | 11/8/2006 | ($41.08) | $0.00 | $0.00 | $57.03 | 344296 | | | |
| Canteen | 11/15/2006 | ($36.09) | $0.00 | $0.00 | $20.94 | 346392 | | | |
| Canteen | 11/29/2006 | ($17.18) | $0.00 | $0.00 | $3.76 | 351296 | | | |
| Canteen | 12/6/2006 | ($3.66) | $0.00 | $0.00 | $0.10 | 354717 | | | |
| Misc | 12/15/2006 | $75.00 | $0.00 | $0.00 | $75.10 | 359938 | 118028 | | DEXSTA FCU |
| Canteen | 12/20/2006 | ($39.89) | $0.00 | $0.00 | $35.21 | 361521 | | | |
| Canteen | 12/27/2006 | ($22.63) | $0.00 | $0.00 | $12.58 | 364326 | | | |

Ending Month Balance: $12.58

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Legal Hold: $0.00

Total Amount Currently on Restitution Hold: $0.00

Total Amount Currently on Other Hold: $0.00

INT. ERNEST A. CRUMP JR
SBI# 141221 UNIT D\W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

"Legal Mail"

U.S. District Court
J. Caleb Boggs Building
844 King Street, Lock Box 18
Wilmington, DE
19801

U.S.M.S.
X-RAY

UNITED STATES POSTAGE
$ 04.60°
000460 8975
JUN 29, 2007
MAILED FROM ZIP CODE 19977
02 1A