Ernest A. Crump, Jr
SCI
P.O. Box 500
Georgetown, DE 19947

07 cv 422 SLR



FILED
JUL 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**Utility Events**
1:07-cv-00422-UNA Crump v. Carroll et al
HABEAS, PaperDocuments

U.S. District Court

District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 7/11/2007 at 3:56 PM EDT and filed on 7/11/2007
**Case Name:**        Crump v. Carroll et al
**Case Number:**      1:07-cv-422
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Case assigned to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all documents filed. (rjb)

**1:07-cv-422 Notice has been electronically mailed to:**

**1:07-cv-422 Notice has been delivered by other means to:**

Ernest A. Crump, Jr
SCI
P.O. Box 500
Georgetown, DE 19947



Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

FILED
JUL 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
- UNABLE TO FORWARD
☐ OTHER

RTS RETURN TO SENDER