D.I. # _____

# CIVIL ACTION
# NUMBER: 07CV422 SLR

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**Receipt 1:** 7005 1820 0004 3169 7432

| Field | Amount |
|---|---|
| Postage | $ 2.33 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.13 |

Sent To: LOREN MEYERS
DEPUTY ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
820 N. FRENCH STREET
WILMINGTON, DE 19801

**Receipt 2:** 7005 1820 0004 3169 5803

| Field | Amount |
|---|---|
| Postage | $ 2.33 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.13 |

Sent To: WARDEN TOM CARROLL
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK RD.
SMYRNA, DE 19977