IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERNEST A. CRUMP, JR., )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>PERRY PHELPS, Warden, )<br>and ATTORNEY GENERAL )<br>OF THE STATE OF )<br>DELAWARE, )<br>)<br>Respondents.¹ ) | Civil Action No. 07-422-SLR |

**O R D E R**

At Wilmington this 5th day of June, 2008;

IT IS ORDERED that:

The State shall file the certified copies of the state court record no later than June 20, 2008. On November 29, 2007, the court granted the State's motion for an extension of time to file the record by January 11, 2008. (D.I. 15) The State has failed to comply with that order.

_____
UNITED STATES DISTRICT JUDGE

---

¹Warden Perry Phelps assumed office in January 2008, replacing former Warden Thomas Carroll, an original party to this case. See Fed. R. Civ. P. 25(d)(1).