# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ERNEST A. CRUMP, JR.,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 07-422-SLR |
| | ) | |
| **PERRY PHELPS,** Warden | ) | |
| and **JOSEPH R. BIDEN, III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

## NOTICE OF FILING OF STATE COURT RECORDS

1. Notice is hereby given that copies of the following Delaware State Court documents have been manually filed with the Court and are available in paper form only:

    a. Appellant's Opening Brief  (72, 2006)

    b. State's Motion to Affirm (72, 2006)

    c. July 3, 2006 Order (72, 2006)

2. Due to the age of the underlying convictions, no state court criminal docket is readily available.

    /s/ James T. Wakley
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
DATE: June 20, 2008    Del. Bar. ID No. 4612

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2008, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on June 20, 2008, I mailed, by United States Postal Service, the same documents to the following non-registered participant:

Ernest A. Crump, Jr.
SBI # 00149221
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612
james.wakley@state.de.us

Date:  June 20, 2008